This is a test