Morris C. Gore
Texas State Bar No. 08213300
m.gorelaw@yahoo.com
4020 N. MacArthur Blvd., Suite 122-301
Irving, Texas 75038
Phone: 214-226-7535
Fax: 214-614-4549
Attorney for Plaintiffs

United States Courts
Southern District of Texas
FILED

AUG 16 2012

David J. Bradley, Clerk of Court

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DALASSA, INC., FIRST CONTINENTAL PETROLEUM EXPLORATION, LLC, AND CENTRAL & GULF EXPLORATION JOINT VENTURE CORP., Plaintiffs,** | § | |
| **v.** | § | **No. ________________** |
| **DONALD R. HOLLEY; HOLLEY OIL, LLC; JAY SCHAAN; LYONS DRILLING, INC.; ROBERT E. BELL; La CAMPANA, INC; and WEATHERFORD U.S., L.P.; Defendants.** | § | **Related Pending Case: Minerals Continental v. Lyons Drilling, et al, Adv #12-03319 (Judge Bohm)** |

---

| | | |
|---|---|---|
| **IN RE:** | § | |
| **MINERALS CONTINENTAL, INC., Debtor.** | § | **Bankruptcy Case No. #12-51631, pending in the U. S. Bankruptcy Court for the District of Nevada** |

## NOTICE OF REMOVAL

1. An entity affiliated with Plaintiffs, Minerals Continental, Inc ("Minerals"), filed a Chapter 7 Petition for Bankruptcy Relief in the District of Nevada, #12-51631 on

July 13, 2012. Plaintiffs hereby remove the state court action described below to this honorable Court, because it is related to the Minerals' bankruptcy. Minerals has an interest in the subject matter of this lawsuit, which may increase the assets and/or value of the Minerals bankruptcy estate, for the reasons more fully discussed below. This removal and this honorable Court's jurisdiction over this Action are based on 28 U.S.C. §§ 1334, 1441, and 1452, and this removal is effected pursuant to the terms of Federal Rule of Bankruptcy Procedure 9027, District Court Local Rule 81, and Bankruptcy Local Rule 9027.

2. The state court action: *DALASSA, INC., FIRST CONTINENTAL PETROLEUM EXPLORATION, LLC, AND CENTRAL & GULF EXPLORATION JOINT VENTURE CORP., v. DONALD R. HOLLEY; HOLLEY OIL, LLC; JAY SCHAAN; LYONS DRILLING, INC.; ROBERT E. BELL; La CAMPANA, INC; and WEATHERFORD U.S., L.P.;* Cause No. 2012-17628-157th, been pending in the 157th District Court in Harris County, Texas, since March 23, 2012 (the "Original Action").

**3.** Pursuant to District Court Local Rule 81, and Bankruptcy Local Rule 9027, attached hereto and filed herewith is (1) a list of the current parties to the Action, their respective attorneys of record, and whether they have been served; (2) an index of the state court papers being submitted, (3) the state court lawsuit papers required by that Rule; and (4) the docket sheet (according to the clerk, no docket sheet exists).

3. This Action is a companion case with common parties, claims, and evidence, and is based on the same transactions and occurrences as Adv # 12-03319, Lyons v. Minerals, currently pending in Judge Bohm's Court, and this Action should be either consolidated with, or tried jointly with that Action. As alleged (First Amended Petition ¶¶ 2.5, 2.6- included with attached state court papers), Minerals was to own

25% of the contemplated combined joint venture that is the subject of this removed case, and any recovery in this removed case will or may add to and thus affect, the value and/or property of the Minerals bankruptcy estate. The two cases are hereafter referred to collectively as the "Litigation".

4. Plaintiff/Debtor contends that Defendants in this removal action conspired to intentionally (or negligently) sabotage completion operations on the Clear Lake Hunt Club #1RE Well in Brazos County, Texas, during March and April of 2008, so Defendants (and others) could take over that Well, the oil and gas lease on which the Well was located, and other oil and gas leases owned by Plaintiffs in April of 2008. Plaintiffs' Leases (See First Amended Petition ¶ 2.1 -hereafter the "Leases") have been lost, and were the only significant assets of Plaintiffs. Minerals was to be the joint venture manager of a combined joint venture that included those Leases, and was to own 25% of that combined joint venture. <u>The claims set forth in the Litigation (including Minerals claims with respect to the Clear Lake Lease and Well) are the only remaining significant asset of Minerals bankruptcy estate</u>. **Accordingly, Plaintiffs are removing this Action as related to the pending Minerals bankruptcy, and/or as an asset of the Minerals' bankruptcy estate**. Plaintiff's First Amended Petition (included in the attached state court papers) is incorporated by reference for more detail with respect to Plaintiff's claims.

5. Because the only significant assets of the Minerals bankruptcy estate will be any recovery in the Litigation, Plaintiffs allege that this matter is part of a "core proceeding" pursuant to 28 U.S.C § 157(b)(2)(B) and (o). Pursuant to Local Bankruptcy Rule 9027-2, Plaintiffs consent to entry of final orders or judgment by the Bankruptcy Judge if it is determined that the Bankruptcy Judge, absent consent of the

parties, cannot enter final orders or judgment consistent with Article III of the United States Constitution.

6. Alternatively, if this removed case is not part of a "core proceeding', it is related to the Minerals bankruptcy, because any recovery herein will affect the Minerals bankruptcy estate, as set forth above. To the extent that this matter is referred to and tried by a Bankruptcy Judge, Plaintiffs consent to entry of final judgment by the Bankruptcy Judge.

7. The District Court and Bankruptcy Court have jurisdiction under 28 U.S.C. § 1334 over the claims and causes of action being removed, and this is a civil action other than a proceeding before the Tax Court or a civil action by a governmental unit to enforce the governmental unit's policy or regulatory power.

Respectfully submitted

MORRIS C. GORE
Texas State Bar No. 08213300
Suite 122-301
4020 N. MacArthur Blvd.
Irving, Texas 75038
Phone: 214-226-7535
Fax: 214-614-4549
m.gorelaw@yahoo.com

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on this 16th day of August, 2012, via electronic service, on all the attorneys on the attached list, to provide them with notice of this removal.

**A COPY OF THIS NOTICE OF REMOVAL IS ALSO BEING FILED IN THE HARRIS COUNTY DISTRICT COURT**

Morris C. Gore

## PARTIES AND THEIR ATTORNEYS IN CAUSE NO. 2012-17628

Dalassa, Inc.
1725 Black River Ct., N.E.
Rio Rancho, New Mexico 07144
**Plaintiff**

First Continental Petroleum Exploration, LLC
1725 Black River Ct., N.E.
Rio Rancho, New Mexico 07144
**Plaintiff**

Central & Gulf Exploration Joint Venture Corp.
1725 Black River Ct., N.E.
Rio Rancho, New Mexico 07144
**Plaintiff**

Morris C. Gore
Suite 122-301
4020 N. MacArthur Blvd.
Irving, Texas 75038
Phone: 214-226-7535
Fax: 214-614-4549
m.gorelaw@yahoo.com
**Attorney for Plaintiff Dalassa, Inc.; First Continental Petroleum Exploration, LLC; and Central & Gulf Exploration Joint Venture Corp.**

**NONE OF THE DEFENDANTS HAS FILED AN ANSWER IN THIS CASE; HOWEVER, TO THE BEST OF PLAINTIFFS' KNOWLEDGE, THE ATTORNEYS OPPOSITE EACH NAME REPRESENT THE RESPECTIVE DEFENDAN:**

Donald R. Holley
13205 CR 404
Caldwell, Texas 77836
**Defendant**

Jay B. Goss
Bruchez, Goss, Thornton, Meronoff & Hawthorne
4343 Carter Creek Parkway #100
Bryan, Texas 77802
1-979-268-4343
Fax 1-979-268-5323
jgoss@bruchez.com
**Attorneys for Donald R. Holley**

Holley Oil, LLC
Edwin H. Fisher, RA
205 N. Market St.
Brenham, Texas 77833
**Defendant**

Jay B. Goss
Bruchez, Goss, Thornton, Meronoff & Hawthorne
4343 Carter Creek Parkway #100
Bryan, Texas 77802
1-979-268-4343
Fax 1-979-268-5323
jgoss@bruchez.com
**Attorneys for Holley Oil, LLC**

Jay Schaan
13205 CR 404
Caldwell, Texas 77836
**Defendant**

Germer Gertz Beaman & Brown, LLP
301 Congress Avenue, Suite 1700
Austin, Texas 78701
512-472-0288
Fax 512-472-0721
mbeaman@germer-austin.com
**Attorneys for Jay Schaan**

| | |
|---|---|
| Lyons Drilling, Inc.<br>13205 CR 404<br>Caldwell, Texas 77836<br>**Defendant** | Germer Gertz Beaman & Brown, LLP<br>301 Congress Avenue, Suite 1700<br>Austin, Texas 78701<br>512-472-0288<br>Fax 512-472-0721<br>mbeaman@germer-austin.com<br>**Attorneys for Lyons Drilling, Inc.**<br><br>Robert G. Miller<br>O'Donnell, Ferebee, Medley & Keiser, PC<br>450 Gears Road, Eighth Floor<br>Houston, Texas 77067<br>281-875-8200<br>Fax 281-875-4962<br>rmiller@ofmklaw.com<br>**Attorneys for Lyons Drilling, Inc.**<br><br>Nathan R. Zelter, Attorney-at-Law<br>333 Marsh Avenue, Suite 1<br>Reno, Nevada 89509<br>775-324-7600<br>nrzbk@yahoo.com<br>**Attorneys for Lyons Drilling, Inc.** |
| Robert E. Bell<br>6109 Highway 361, Suite 901<br>Port Aransas, Texas 78373<br>**Defendant** | Bob Brown<br>Mike Prather<br>Donato, Minx, Brown & Pool, P.C.<br>3200 Southwest Freeway, Suite 2300<br>Houston, Texas 77027-7525<br>1-713-877-1112<br>Fax 1-713-877-1138<br>mprather@donatominxbrown.com<br>**Attorneys for LaCampana, Inc., and Robert E. Bell** |
| La Campana, Inc<br>6109 Highway 361, Suite 901<br>Port Aransas, Texas 78373<br>**Defendant** | Brad C. Bedwell<br>Welsh Chapoton LLP<br>8 Greenway Plaza, Suite 1150<br>Houston, Texas 77046<br>1-713-554-7764<br>Fax 1-713-554-7771<br>bbedwell@welshchapoton.com<br>**Attorneys for LaCampana, Inc.** |
| Weatherford U.S., L.P.<br>CT Corporation System, RA<br>350 N. St. Paul, Suite 2900<br>Dallas, Texas 75201-4234<br>**Defendant** | **W. Stephen Rodgers**<br>**Rodgers & Miller, P.C.**<br>4444 Carter Creek Parkway, Suite 208<br>Bryan, Texas 77802<br>P. O. Box 4884<br>Bryan, Texas 77805-4884<br>1-979-260-9911<br>Fax 1-979-846-7083<br>rodgers@rodgersmiller.com<br>**Attorneys for Weatherford U.S., L.P.** |

**STATUS OF SERVICE ON DEFENDANTS:**

All Defendants have been previously served, except for Robert E. Bell and La Campana, Inc. The State Court signed an Order for Substituted Service on Bell and La Campana prior to removal, and Plaintiff anticipates that they will both be served shortly. There should be no need thereafter, for any further service on any of the Defendants.