**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 26-20432** |
| | § | **(Bankr. D. Wyo.)** |
| **ARABELLA PH 3201 LLC,** | § | |
| | § | **Chapter 11, Subchapter V** |
| **Debtor.** | § | |
| | § | **Adversary No. ____________** |
| **ALI CHOUDHRI AND** | § | |
| **ARABELLA PH 3201 LLC,** | § | **Removed from Cause No. 2026-63841,** |
| | § | **133rd Judicial District Court,** |
| **Plaintiffs,** | § | **Harris County, Texas** |
| | § | |
| **v.** | § | |
| | § | |
| **ALAN ROSEN, CONSTABLE** | § | |
| **PRECINCT 1, HARRIS COUNTY,** | § | |
| **IN HIS OFFICIAL CAPACITY,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**NOTICE OF REMOVAL**
**PURSUANT TO 28 U.S.C. § 1452 AND FED. R. BANKR. P. 9027**

Arabella PH 3201 LLC, debtor and debtor in possession in Case No. 26-20432, United States Bankruptcy Court for the District of Wyoming (the "Debtor"), removes to this Court under 28 U.S.C. § 1452(a) and Fed. R. Bankr. P. 9027 the civil action styled *Ali Choudhri and Arabella PH 3201 LLC v. Alan Rosen, Constable Precinct 1, Harris County, in his official capacity*, Cause No. 2026-63841, pending in the 133rd Judicial District Court of Harris County, Texas (the "State Court Action"), and states:

1. On Friday, September 11, 2026 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11, Subchapter V, of Title 11 in the United States Bankruptcy Court for the District of Wyoming, commencing Case No. 26-20432 (the "Bankruptcy Case"). The Debtor is a debtor in possession. The Debtor requests that the Court take judicial notice of the docket of the Bankruptcy Case.

2. The State Court Action was commenced on September 2, 2026 (Envelope No. 119430379) by Ali Choudhri and the Debtor, as plaintiffs, against Alan Rosen, Constable of Precinct 1, Harris County, Texas, in his official capacity only. It seeks no damages. It seeks a temporary restraining order, temporary injunction and permanent injunction restraining the Constable from executing any writ of possession, writ of execution, order of sale or other process issued to enforce the money judgment in Cause No. 2012-27197-A, 333rd Judicial District Court, against the real property commonly known as 4521 San Felipe St., Unit 3201, Houston, Texas 77027 (the "Unit"); a declaration under Chapter 37 of the Texas Civil Practice and Remedies Code; and, in the alternative, a declaration that the Receiver appointed in Cause No. 2012-27197-A has no authority to take possession of the Unit and that the order of July 28, 2026 in that cause is void as to the Debtor and the Unit. Exhibit A contains the process, pleadings and orders in the State Court Action available to the Debtor at filing; the Debtor will supplement Exhibit A with the State Court docket sheet and any remaining papers promptly, the District Clerk's electronic records being unavailable at the time of filing. Fed. R. Bankr. P. 9027(a)(1).

3. The Debtor is a plaintiff in the State Court Action, in which it appears in the alternative and solely to the extent it is maintained that record title to the Unit is held by it, expressly without admitting ownership. The Debtor has removed Cause Nos. 2012-27197-A and 2012-27197-D, 333rd Judicial District Court, to this Court as Adversary Nos. 26-03644 and 26-03645, the proceedings in which the plaintiffs and judgment creditors there, acting through the Receiver, have used the judgment against Ali Choudhri to reach the Debtor and the property the Receiver attributes to it. The writ of possession the State Court Action seeks to restrain issued in Cause No. 2012-27197-A on August 6, 2026. The Debtor has never been named, served or joined in Cause No. 2012-27197-A or 2012-27197-D, and the most recent order proposed there concerning the Debtor, e-filed September 10, 2026, has not been signed.

4. This Court has jurisdiction under 28 U.S.C. § 1334(b). The State Court Action arises in and is related to the Bankruptcy Case: the Debtor's claims in it are property of the estate under 11 U.S.C. § 541(a)(1); the action seeks to restrain execution of process against property the Receiver contends and the State Court's orders recite belongs to the Debtor; and its outcome could conceivably affect the estate. *In re Wood*, 825 F.2d 90, 93 (5th Cir. 1987). The court in which a case under Title 11 is pending also has exclusive jurisdiction of all property of the debtor as of the commencement of the case and of property of the estate. 28 U.S.C. § 1334(e)(1). The State Court Action is pending within the Southern District of Texas, Houston

Division. 28 U.S.C. § 1452(a). Section 1452(a) permits removal by any party, including a plaintiff.

5. Statement under Rule 9027(a)(1): the removed claims are core proceedings under 28 U.S.C. § 157(b)(2)(A), (G) and (O). To the extent any claim is non-core, the Debtor consents to entry of final orders and judgment by the bankruptcy judge.

6. This Notice is timely under Rule 9027(a)(2), being filed within 90 days after the order for relief entered on the Petition Date.

7. The Debtor removes every claim and cause of action in the State Court Action. Promptly after filing this Notice the Debtor will file a copy with the clerk of the State Court and serve all parties, Fed. R. Bankr. P. 9027(b), (c). Exhibit B is the service list. Ali Choudhri, co-plaintiff, consents to removal.

8. This proceeding is related to Adversary Nos. 26-03644 (removed from Cause No. 2012-27197-A) and 26-03645 (removed from Cause No. 2012-27197-D), and the Debtor requests assignment of all three adversary proceedings to the same judge. The Debtor will move to consolidate them under Rule 7042 and to transfer venue to the United States Bankruptcy Court for the District of Wyoming under 28 U.S.C. § 1412.

9. Nothing in this Notice is an admission by the Debtor concerning title to or ownership of any property or interest; the State Court Action pleads the Debtor's position in the alternative, and the Debtor's positions are as stated there and in *Arabella PH 3201 LLC v. Vargo, et al.*, No. 4:26-cv-07537 (S.D. Tex.).

WHEREFORE, the Debtor gives notice that the State Court Action is removed to this Court.

Date: September 14, 2026

Respectfully submitted,

*/s/ Courtney A. Vincent*
**Courtney A. Vincent**
Minnesota Bar No.: 0403083
SDTX Bar No.: 3746531
***Vincent Civil Rights – a Division of Vincent Law, PLLC***
1035 Dairy Ashford, Suite 145
Houston, Texas 77079
**Mailing Address:**
P.O. Box 940129
Houston, Texas 77094
Tel: (713) 223-9300
Fax: (832) 603-4444
**info@vincentlawpllc.com**

**COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION ARABELLA PH 3201 LLC**

## CERTIFICATE OF SERVICE

I certify that on September 14, 2026, a true and correct copy of the foregoing Notice of Removal, with its exhibits, was served on all counsel of record through the Court's CM/ECF system, and on every party to the State Court Action listed on Exhibit B, through counsel of record where a party is represented, by first-class United States mail. Fed. R. Bankr. P. 9027(b).

*/s/ Courtney A. Vincent*
**Courtney A. Vincent**

**INDEX OF EXHIBITS**

| | |
|---|---|
| **Exhibit A** | Process, Pleadings and Orders in the State Court Action, Cause No. 2026-63841, 133rd Judicial District Court, Harris County, Texas (Fed. R. Bankr. P. 9027(a)(1)); to be supplemented with the District Clerk's docket sheet |
| **Exhibit B** | Service List: Parties and Counsel of Record in the State Court Action |